UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA *ex rel.*
PAULA BOURNE AND LA'TASHA GOODWIN,

    Plaintiffs and Relators,

v.

BRIAN COLLERAN, PROVIDER SERVICES
HOLDING, INC., *et al.*,

    Defendants.

Case No. 1:12-cv-935

Judge Black

UNDER SEAL

## ORDER

The Court has been advised that this case has been resolved. Having reviewed the United States' Notice of Election to Intervene in Part and to Decline in Part pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(2) and (4),

IT IS HEREBY ORDERED that the seal is lifted as to the following pleadings and Orders, which shall be made available on the Court's CM/ECF system:

1. The complaint filed by Paula Bourne and La'Tasha Goodwin ("Relators");

2. The Notice of Election to Intervene as to Omnicare, Inc., filed on June 7, 2017;

3. The Stipulation of Partial Dismissal filed on June 7, 2017 as to Omnicare, Inc., and the Order approving that Stipulation of Dismissal;

4. The Notice of Election to Intervene in Part and Decline in Part filed by the United States on July 5, 2017; and

5. This Order regarding the Notice of Election to Intervene in Part and Decline in Part.

IT IS FURTHER ORDERED that the seal shall not apply to all Orders and pleadings entered or filed after the July 5, 2017 filing of the United States' Notice of Election to Intervene in Part and Decline in Part.

_____
UNITED STATES DISTRICT JUDGE

Dated: July 14, 2017