IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

RE:  Reassignment of Cases to the Docket of
District Judge Jeffery P. Hopkins

ORDER

The attached cases are hereby reassigned to the docket of the Honorable Jeffery P. Hopkins.

IT IS SO ORDERED.

_December 21, 2022_  
DATE

Honorable Algenon L. Marbley
Chief Judge United States District Court

| Case Number | Case Title |
| --- | --- |
| 1:12-cv-00935-DRC | United States of America et al v. Colleran et al |
| 1:15-cv-00555-DRC | United States of America et al v. Mobile Care Group, Inc. et al |
| 1:17-cv-00374-DRC-KLL | Lucas v. Monitronics International, Inc. |
| 1:17-cv-00541-DRC | Secretary of Labor v. Macy's, Inc. et al |
| 1:18-cv-00406-DRC-SKB | Jewett v. Warden, Noble Correctional Institution |
| 1:18-cv-00664-DRC-SKB | Lucas v. Gotra et al |
| 1:18-cv-00769-DRC | Veritas Independent Partners, LLC v. The Ohio National Life Insurance Company et al |
| 1:19-cv-00047-DRC | The Ohio National Life Insurance Company et al v. Cetera Advisor Networks, LLC et al |
| 1:19-cv-00076-DRC | Schobert et al v. CSX Transportation Inc et al |
| 1:19-cv-00245-DRC | Pugh et al v. Erdos et al |
| 1:19-cv-00750-DRC | Duff et al v. Centene Corporation et al |
| 1:19-cv-01017-DRC | Lawless v. T Financial Services, LLC |
| 1:20-cv-00337-DRC-PBS | Finnell v. Eppans et al |
| 1:20-cv-00363-DRC | Mitchell v. Fujitec America, Inc. et al |
| 1:20-cv-00669-DRC | Total Quality Logistics LLC v. LOGISTIC DYNAMICS, LLC |
| 1:20-cv-00989-DRC | Bayong et al v. County of Butler of the State of Ohio et al |
| 1:20-cv-01030-DRC-MRM | Carlton v. Warden, London Correctional Institution |
| 1:21-cv-00009-DRC | Koren v. Neil et al |
| 1:21-cv-00016-DRC | Aker et al v. ABX Air, Inc. et al |
| 1:21-cv-00043-DRC-KLL | Elliott v. Warden, Dayton Correctional Institution |
| 1:21-cv-00073-DRC | Walters v. Jones |
| 1:21-cv-00104-DRC-CHG | Harris v. Erdos et al |
| 1:21-cv-00126-DRC | Indiana/Kentucky/Ohio Regional Council of Carpenters' Defined Contribution Pension Fund et al v. Tri State Interior Finishes, et al. |
| 1:21-cv-00257-DRC | Karlsson v. Cargo Aircraft Management, Inc. et al |
| 1:21-cv-00280-DRC | Papucci v. A. Ray Brown Family Investment LP et al |
| 1:21-cv-00322-DRC-KLL | Meadows v. Coppick et al |
| 1:21-cv-00364-DRC | Benty v. Butler County, OH et al |
| 1:21-cv-00406-DRC | Amatech Group Limited v. Federal Card Services, LLC et al |
| 1:21-cv-00442-DRC | Blanton v. Hamilton County Board of County Commissioners |
| 1:21-cv-00448-DRC | Walker v. The Ohio National Life Insurance Company |
| 1:21-cv-00480-DRC | Medpace, Inc. v. Vivozon, Inc. |
| 1:21-cv-00492-DRC | Connor v. The Craig and Frances Lindner Center of Hope |
| 1:21-cv-00514-DRC | Klaus v. Fidelity National Information Services, Inc. et al |
| 1:21-cv-00544-DRC-KLL | Hunter v. Hamilton County Board Of Commissioners et al |
| 1:21-cv-00560-DRC | Hill v. Hamilton County Board of County Commissioners et al |
| 1:21-cv-00572-DRC | Sanchez v. Dan Druffel, Inc. |
| 1:21-cv-00603-DRC | Ayers v. Jameson et al |

| | |
|---|---|
| 1:21-cv-00622-DRC | Calvary Industries, Inc. v. McLaren |
| 1:21-cv-00661-DRC | White et al v. M.A. Folkes Company Inc. et al |
| 1:21-cv-00662-DRC | Crew v. Great Miami Valley Young Men's Christian Association |
| 1:21-cv-00681-DRC | Oswald v. Lakota Local School Board |
| 1:21-cv-00714-DRC | Total Quality Logistics, LLC v. Traffic Tech, Inc. et al |
| 1:21-cv-00740-DRC | Hamilton v. Norfolk Southern Corporation |
| 1:21-cv-00753-DRC | Phillip Mink v. The City of Sharonville |
| 1:21-cv-00772-DRC | Krenning v. Miami Valley Aerie 1395 FOE |
| 1:21-cv-00781-DRC | Janik v. CSX Transportation, Inc. |
| 1:21-cv-00790-DRC | Scripps Media Inc. v. Cetus Corporation |
| 1:21-cv-00806-DRC | Heng et al v. Bureau of Citizenship and Immigration Services et al |
| 1:22-cv-00025-DRC-KLL | Shields v. Capital One Auto Finance |
| 1:22-cv-00026-DRC | Cox et al v. Total Quality Logistics, Inc. et al |
| 1:22-cv-00035-DRC-SKB | McGowan v. Erdos et al |
| 1:22-cv-00073-DRC-MRM | Fester v. Warden, Dayton Correctional Institution |
| 1:22-cv-00093-DRC | Lyon v. Olero, Inc. et al |
| 1:22-cv-00098-DRC | Person v. Lincoln National Life Insurance Company et al |
| 1:22-cv-00143-DRC-MRM | Houston v. Cool |
| 1:22-cv-00160-DRC | MESA Industries, Inc. v. Charter Industrial Supply, Inc. et al |
| 1:22-cv-00217-DRC | The P&G Health & Longterm Disability Plan v. Pride |
| 1:22-cv-00221-DRC | Andersen v. Ruan Transportation Management Systems, Inc. et al |
| 1:22-cv-00232-DRC-PBS | Jackson v. City of Cincinnati et al |
| 1:22-cv-00288-DRC | JTH Tax LLC dba Liberty Tax Service v. McGrew et al |
| 1:22-cv-00289-DRC | Kimutis v. City of Cincinnati et al |
| 1:22-cv-00308-DRC | CG Medical Associates, Inc. v. RETS Tech Center, Inc. et al |
| 1:22-cv-00342-DRC | Bertelsen v. Terrace Metrics Inc. |
| 1:22-cv-00368-DRC | Cash v. Experian Information Solutions Inc. et al |
| 1:22-cv-00383-DRC | Burdine v. Burdine et al |
| 1:22-cv-00388-DRC | Barnett et al v. Sparky's Nation, Inc. et al |
| 1:22-cv-00390-DRC | McGraw v. LEM Products Distribution, LLC |
| 1:22-cv-00413-DRC | Wilson v. Credit Control, LLC |
| 1:22-cv-00447-DRC | Laborers' International Union of North America, Local 265 v. Ezzie Contractors LLC |
| 1:22-cv-00479-DRC-CMV | Williams v. Greene County Adult Detention Center et al |
| 1:22-cv-00496-DRC | Powell v. CBRE, Inc. |
| 1:22-cv-00513-DRC | Conteh v. The Kroger Co. |
| 1:22-cv-00539-DRC | Wells Fargo Clearing Services, LLC v. Satter |
| 1:22-cv-00553-DRC | Young v. Columbus Life Insurance Company |
| 1:22-cv-00572-DRC-CMV | Thacker v. Warden, Noble Correctional Institution |
| 1:22-cv-00581-DRC-SKB | Schwartz v. The Litigation Practice Group PC |
| 1:22-cv-00591-DRC | Hyde v. Fricker's USA, LLC et al |
| 1:22-cv-00603-DRC | Lara v. Barclays Bank Delaware et al. |
| 1:22-cv-00608-DRC | Armcorp Construction, Inc. v. Window Specialists, Inc. |

| | |
|---|---|
| 1:22-cv-00621-DRC | Charles v. Mid America Mortgage Inc |
| 1:22-cv-00631-DRC | Knobbe v. PWJC, LLC |
| 1:22-cv-00645-DRC | Newman v. JDRF International |
| 1:22-cv-00648-DRC-EPD | Dieterle v. Warden, Marion Correctional Institution |
| 1:22-cv-00650-DRC | Kyle v. Norfolk Southern Corporation |
| 1:22-cv-00659-DRC | Hacker v. Gibbs |
| 1:22-cv-00664-DRC | Ward v. Scioto County Board Of Commissioners et al |
| 1:22-cv-00666-DRC | MAB Industries Corporation v. Channingway Center LLC |
| 1:22-cv-00678-DRC | Haas v. TruPartner Credit Union et al |
| 1:22-cv-00680-DRC | Total Quality Logistics, LLC v. Qureshi |
| 1:22-cv-00681-DRC | Wilder v. The Kroger Co |
| 1:22-cv-00685-DRC | Scottsdale Surplus Lines Insurance Company v. Countrytyme Land, LLC et al |
| 1:22-cv-00713-DRC | Buchanan v. Kadant Black Clawson, LLC |
| 1:22-cv-00725-DRC | Long v. CPG International LLC et al |
| 1:22-cv-00726-DRC-EPD | Dieterle et al v. Chambers-Smith et al |
| 1:22-cv-00727-DRC | Cassidy v. Klosterman Baking Co. |